IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 1:21-CR- 254 |
| | : |
| v. | : (JUDGE Wilson) |
| | : |
| CHRISTOPHER CERRATO, | : |
| Defendant. | : |

## INDICTMENT

**FILED**
HARRISBURG, PA

SEP 0 1 2021

Per ___I37___
Deputy Clerk

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute
a Controlled Substance-Methamphetamine)

On January 14, 2021 in York County, within the Middle District of Pennsylvania, the defendant,

**CHRISTOPHER CERRATO,**

did intentionally and knowingly unlawfully possess with the intent to distribute 50 grams or more of Methamphetamine, a Schedule II controlled substance.

1

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

FOREPERSON

PAUL J. MIOVAS, JR.
Assistant United States Attorney

09/01/2021

Date

2